1  DAVID VALLETTA
   9665 Abbeyfield Road
2  Santee, CA 92071
   Telephone: 619-490-9773
3
   In *Pro Per*
4

5  FERN M. STEINER, ESQ. (SBN 118588)
   SMITH, STEINER, VANDERPOOL
6      & WAX, APC
   401 West A Street, Suite 320
7  San Diego, CA 92101
   Telephone: 619-239-7200
8  Fax: 619-239-6048

9  Attorneys for Plaintiff SAN DIEGO TRANSIT
   SECURITY FUND A.T.U. Local 1309,
10 BRENDAN SHANNON and LISA FAIR

11

12                 UNITED STATES DISTRICT COURT
13                 SOUTHERN DISTRICT OF CALIFORNIA
14

15 DAVID VALLETTA,                  )   CASE NO. 14-cv-00953-CAB-BGS
                                    )
16         Plaintiff,               )
                                    )
17    v.                            )   STIPULATION FOR DISMISSAL WITH
                                    )   PREJUDICE
18 SAN DIEGO TRANSIT SECURITY       )
   FUND A.T.U. LOCAL 1309, BRENDAN  )   [FRCP 41(a)]
19 SHANNON and LISA FAIR,           )
                                    )
20         Defendants.              )
                                    )
21                                  )

22

23     Plaintiff, DAVID VALLETTA and Defendants, SAN DIEGO TRANSIT SECURITY

24 FUND A.T.U. LOCAL 1309, BRENDAN SHANNON and LISA FAIR, through Defendants'

25 attorneys of record hereby stipulate to the dismissal with prejudice of all claims by Plaintiff

26 DAVID VALLETTA as to Defendants, SAN DIEGO TRANSIT SECURITY FUND A.T.U.

27 ///

28
                                       -1-
                                              CASE NO. 14-cv-00953-CAB-BGS

LOCAL 1309, BRENDAN SHANNON and LISA FAIR. Each party is to bear its own costs and attorneys' fees.

Dated: 8-26-14   DAVID VALLETTA

[signature]

Dated: August 26, 2014   SMITH, STEINER, VANDERPOOL & WAX, APC

By: /s/ Fern M. Steiner
FERN M. STEINER
Email: fsteiner@ssvwlaw.com
Attorneys for SAN DIEGO TRANSIT SECURITY FUND A.T.U. Local 1309, BRENDAN SHANNON and LISA FAIR

## ORDER

Upon the stipulation of the parties, the Court hereby orders that this action is dismissed in its entirety with prejudice as to Defendants, SAN DIEGO TRANSIT SECURITY FUND A.T.U. LOCAL 1309, BRENDAN SHANNON and LISA FAIR.

Date: 9/2/14

[signature]

UNITED STATES DISTRICT JUDGE

-2-

CASE NO. 14-cv-00953-CAB-BGS